## FREDERICK RABBERMAN

*v.*

## JOHN HAUSE et al.

CHANCERY—*bill to enjoin judgment must be in name of the defendant therein.* A bill in the name of Valentine Rabberman to enjoin the collection of a judgment against *Frederick* Rabberman, is fatally defective, failing to show any equity.

APPEAL from the Circuit Court of St. Clair county; the Hon. WILLIAM H. SNYDER, Judge, presiding.

This was a bill in chancery, in the name of Valentine Rabberman as complainant, against John Hause, and Herman G. Weber, sheriff, to enjoin the collection of a judgment recovered in the St. Clair circuit court by said Hause against one Frederick Rabberman. The court dismissed the bill for want of equity, and Frederick Rabberman appealed from the order.

Messrs. NŒTLING & HALBERT, for the appellant.

Mr. WILLIAM WINKELMAN, for the appellees.

Per CURIAM: We see no cause to disturb the decree below.

The judgment sought to be enjoined is against Frederick Rabberman, but the bill professes to be by Valentine Rabberman and is signed by him as counsel.

It may be, as insisted by counsel, that this is but a slip of the pen by the draftsman, and that Frederick, and not Valentine, was intended. If so, it was a serious slip; it makes a party complaining by one name to enjoin a judgment against a party of another name. And as the bill is before us, the court below was authorized to hold there was no equity in the bill.

The decree is affirmed.

*Decree affirmed.*